**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Diane Sorola
Attorney at Law
402 W. Convent St.
Lafayette LA 70501

**REHEARING ACTION: June 25, 2014**

**Docket Number: 13   01446-CA**

**WESTON P. MILLER, III**
**VERSUS**
**CATHY BROUSSARD MILLER**

**Appealed from Vermilion Parish Case No. 95131**

**BEFORE JUDGES:**

      Hon. Elizabeth A. Pickett
      Hon. James T. Genovese
      Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Weston P. Miller, III** has this day been

      **DENIED.**

cc: Gabe A. Duhon, Counsel for the Appellee